# Court of Appeals
# of the State of Georgia

ATLANTA,  December 05, 2016

*The Court of Appeals hereby passes the following order:*

**A17A0588. LEVEL PLUMB AND SQUARE, INC. v. SUZANNE VICKERY**

Appellant's  motion to withdraw appeal pursuant to Georgia Court of Appeals Rule 41 (g) is GRANTED. This appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  12/05/2016*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*